UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIPDAMAN NARULA,<br><br>                Plaintiff,<br><br>    v.<br><br>ORANGE COUNTY SUPERIOR<br>COURT, et al.,<br><br><br>               Defendants. | Case No. 8:19-cv-00133-DSF-JC<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that Judgment be entered dismissing this action with prejudice.

    IT IS SO ADJUDGED.


DATED: June 14, 2021

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE